IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GRAYSON KASH JACKSON**                                                                 **PETITIONER**

v.                          **CASE NO. 4:21-cv-01232-BSM-JTK**

**JASON MASSEY, et al.**                                                                 **RESPONDENT**

**TRANSFER ORDER**

Petitioner Grayson Kash Jackson has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. No. 1) Under the relevant portion of 28 U.S.C. § 2241(a), only the "district court of the district wherein the restraint complained of is had" is granted the power to enter such a writ. Further, under 28 U.S.C. § 2241(b), when such a writ is improperly filed in the incorrect court, a court "may transfer the application for hearing and determination to the district court having jurisdiction to entertain it." Mr. Jackson's petition states he is being detained in Paris, Arkansas, which is located in Logan County. (Doc. No. 1) The Western District of Arkansas hears cases arising out of Logan County, Arkansas. Accordingly, the Clerk of the Court is directed to transfer immediately and without delay Mr. Jackson's action and entire case file to the United States District Court for the Western District of Arkansas.

SO ORDERED this 4th day of January 2022.

_____
UNITED STATES MAGISTRATE JUDGE